**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1688**

JEROME BROWN,

       Plaintiff - Appellant,

  v.

THOR SMITH; LAURA RACKEY; SHARON CECIL; FREDRIC EINHORN,

       Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge. (8:21-cv-01178-TDC)

Submitted: January 7, 2022             Decided: January 18, 2022

Before NIEMEYER and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jerome Julius Brown, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Brown appeals the district court's orders requiring him to show cause why the court had subject matter jurisdiction over this civil case and dismissing the action for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Brown v. Smith*, No. 8:21-cv-01178-TDC (D. Md. June 3, 2021; May 14, 2021); *see also* Fed. R. Civ. P. 12(h)(3); *Arbaugh v. Y&H Corp.*, 546 U.S. 500, 514 (2006); *United States ex rel. Carson v. Manor Care, Inc.*, 851 F.3d 293, 303 (4th Cir. 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*